**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Nitin Aradhya*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Nitin.aradhya@ @usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2813*
*fax: (973) 297-2010*

August 17, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Re: *Benjamin Jimenez Hernandez v. Blanche* , *et al.*, No. 26-10065 (CCC)**

**Petitioner's Release from ICE Custody**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's August 14, 2026, Order Petitioner's immediate release. U.S. Immigration and Customs Enforcement ("ICE") released Petitioner from its custody on August 14, 2026, in the State of New Jersey at approximately 4:50 p.m. All personal property and clothing that was documented upon Petitioner's detention was returned to him or was previously retrieved by his family.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Thomas Arning*
Thomas Arning

By: *s/ Nitin Aradhya*
Nitin Aradhya
Assistant United States Attorney

In light of Petitioner's release, the Clerk's Office shall close this matter.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/20/2026